| | | |
|---|---|---|
| PROB 22<br>(Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)*<br>CR 20-00076DKW-01 |
| | | DOCKET NUMBER *(Rec. Court)*<br>2:22-cr-00204-RSL |

| NAME OF PROBATIONER/SUPERVISED RELEASEE:<br>TERVOR KEEGAN | DISTRICT<br>District of Hawaii | DIVISION<br>Honolulu |
|---|---|---|
| | NAME OF SENTENCING JUDGE<br>The Honorable Derrick K. Watson | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM<br>07/19/2022 — TO 07/18/2024 |

**OFFENSE**

**Count 1:** Conspiracy to Distribute and Possess 1 Gram or More of a Mixture and Substance Containing Lysergic Acid Diethylamide (LSD) with Intent to Distribute 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF HAWAII

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Washington</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_11/17/22_
Date

_/s/ Derrick K. Watson_
Derrick K. Watson
Chief United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

November 22, 2022
Effective Date

_/s/ M S Lasnik_
United States District Judge